NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN D. ANDREOPOULOS, P.A., a
Florida professional association,           )
                                            )
            Petitioner,                     )
                                            )
v.                                          )        Case No.  2D18-1148
                                            )
STEVEN J. GLAROS, P.A., a Florida           )
professional association; PANTALEO          )
GADALETA, an individual; and                )
PROGRESSIVE CASUALTY                        )
INSURANCE COMPANY,                          )
                                            )
            Respondents.                    )
_____ )

Opinion filed September 12, 2018.

Petition for Writ of Certiorari to the Circuit
Court for Pasco County; Kimberly Sharpe
Byrd, Judge.

John D. Andreopoulos of the Law Office of
John D. Andreopoulos, P.A., Holiday, for
Petitioner.

Tia M. Smith of Steven J. Glaros &
Associates, Tampa, for Respondent Steven
J. Glaros, P.A.

No appearance for remaining Respondents.


PER CURIAM.


            Dismissed.

LaROSE, C.J., and SILBERMAN and LUCAS, JJ., Concur.